ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 OCT -1 PM 3:34
CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JEFFERY WILSON, | ) |
| Plaintiff, | ) |
| v. | ) CV 315-063 |
| STATE OF GEORGIA DEPARTMENT OF CORRECTIONS; WHEELER CORRECTIONAL FACILITY; CORRECTIONS CORPORATION OF AMERICA; WARDEN MELON; DEPUTY WARDEN OF CARE AND TREATMENT QUINN; DODGE COUNTY HOSPITAL; EASTMAN COUNTY, GA; DR. ROSENBAUM; and BRAD HOOKS, | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 1st day of October, 2015, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE