# United States District Court
## Southern District of Georgia

JEFFERY WILSON,

    Plaintiff,

                   v.

STATE OF GEORGIA DEPARTMENT OF CORRECTIONS, ET AL.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV315-063

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on October 1, 2015, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Plaintiff's complaint is DISMISSED without prejudice and this action stands CLOSED.

October 1, 2015
Date

Scott L. Poff
Clerk

_C. Ley Adams_
(By) Deputy Clerk